COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| ROSA RAMIREZ, | | No. 08-18-00138-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 383rd District Court |
| | § | |
| RAFAEL CARREON, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2010AG5715) |
| | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that the trial court's judgment entered on May 4, 2018 should be set aside without regard to the merits, and the cause is remanded to the trial court for rendition of judgment in accordance with the mediated settlement agreement. We further order that pursuant the parties' agreement, costs of the appeal are taxed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF APRIL, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.